| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION**  Case No. 07- |

Name of Debtor:
**BILLIE JEAN AMMONS**

Name of Debtor:

All other names used by Debtor in the past six years:

All other names used by Joint Debtor in the past six years:

Social Security / Tax ID No.:
XXX-XX-5888

Social Security / Tax ID No.:

Street Address of Debtor:
8411 S. Racine Avenue
Chicago, Illinois  60620

Street Address of Joint Debtor:

County of Residence or Principal Place of Business
Cook

County of Residence or Place of Business

Mailing Address of Debtor or of Joint Debtor (if different from street address)

_____

Location of Principal Assets of Debtor
Cook County, Illinois

## Information regarding Debtor(s) (Check applicable spaces)

**Venue**
X     Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.

**Type of Debtor**          **Chapter of Bankruptcy Code of Filing**
X__     Individual           __ Chapter 7        ___ Chapter 11
___     Corporation          X__ Chapter 13      ___ Chapter 12

**Nature of Debt**          **Filing Fee**
X__     Consumer / Non-business    X__    Full filing fee attached

**Statistical or Administrative Information (Estimates Only)**
____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___     Debtor estimates that, after exempt property is excluded and administrative expenses paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__     1 – 15          ____     16 – 49          ____     50 or more

**Estimated Assets**
X__     $0 – $100,000          ____     $100,001 or greater

**Estimated Debts**
X__     $0 – $100,000          ____     $100,001 or greater

**VOLUNTARY PETITION**       Name of Debtor(s):
                             **BILLIE JEAN AMMONS**

**Prior Bankruptcy Case filed within the last six (6) years (if more than one attach additional sheet)**
Location of Filing:          Case Number:          Date of Filing:
United States District Court   03-31979            08/01/2003
Northern District of Illinois  07-18687            10/11/2007

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:          Case Number:          Date of Filing:

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct.  [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ BILLIE JEAN AMMONS_____
Signature of Debtor BILLIE JEAN AMMONS



_____
Date November 30, 2007

**SIGNATURE OF ATTORNEY FOR DEBTOR**

_____/s/_Michael J. Greco_____
Michael J. Greco, Attorney for Debtor(s)

Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60610
(312) 222-0599
Atty. No. 06201254

Date: November 30, 2007

Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to him / them the relief available to him / them under each Chapter.

Respectfully submitted,

By:_____/s/_Michael J. Greco ___
       Michael J. Greco, Attorney for Debtor(s)

Date:  November 30, 2007

**In re: BILLIE JEAN AMMONS,**          Case No. 07-
**Debtors.**

## SCHEDULE A – REAL PROPERTY

[Debtor holds no interest in real property]

| Description and location of property | H W J C | Nature of Debtor's Interest in Property | Current Market Value of Debtor's Interest without Deducting claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| | | TOTAL | $000.00 | Report also on Summary of Schedules) |

## SCHEDULE B – PERSONAL PROPERTY

| Type of property | N O N E | Description and location of property | H W J C | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 1. Cash on Hand | | Cash on Hand | | $25.00 |
| 2. Checking, savings or other financial accounts | | ACME Credit Union | | -250.00 |
| 3. Security deposits with public utilities, landlords | N | | | |
| 4. Household goods and furnishings (audio, video) | | TV, personal computer personal effects | | $500.00 |
| 5. Books, pictures and art objects, record, tape and compact disc collections, other collectibles. | | Compact disc collection | | $50.00 |
| 6. Wearing apparel | | Wearing apparel | | $3,000.00 |
| 7. Furs and jewellery | N | | | |
| 8. Firearms, photographic, sports, and hobby equipment | | Firearm Glock semi-automatic handgun | | $400.00 |
| 9. Interests in insurance policies. (Name insurance company of each policy and surrender or refund value | N | | | |

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No.**  07-

## SCHEDULE B – PERSONAL PROPERTY (continued)

| Type of property | NONE | Description and location of property | HWJC | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 10. Annuities (name issuers) | N | | | |
| 11. Interests in IRA, Keogh, ERISA, or other pension or Profit sharing plans. Itemize. | | 401(k) retirement plan | | $3,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds, negotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony/maintenance, support and property settlements to which debtors may be entitled. | N | | | |
| 17. Tax refunds and other liquidated debts owed to debtors. | N | | | |
| 18. Equitable or future interests, life estates, powers fbo debtor. | N | | | |
| 19. Contingent and non-contingent interests in estate of decedent. | N | | | |
| 20. Liquidated and unliquidated claims, including counterclaims. | | Claim for minor child against, Board of Education;  claim against Cook County Sheriff | | $500.00 |
| 21. Patents, copyrights, and other intellectual property. Itemize. | N | | | |
| 22. Licenses, franchises and other general intangibles. | N | | | |
| 23. Automobiles, trucks, trailers, other vehicles and accessories. | | 2005 Pontiac Sunfire | | $23,400.00 |
| 24. Boats, motors, accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings, and supplies. | N | | | |
| 27. Machinery, fixtures, supplies and equipment used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | N | | | |
| 30. Crops – growing or harvested. | N | | | |
| 31. Farm equipment, implements. | N | | | |
| 32. Farm supplies, chemicals, feed. | N | | | |
| 33. Other personal property of all descriptions not listed above. Itemize. | N | | | |

                                                                **TOTAL**        **$30,625.00**

_____0____ continuation sheets attached           (Report Total also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No.  07-**

**SCHEDULE C –PROPERTY CLAIMED AS EXEMPT**

Debtor elects the exemptions to which Debtor is entitled under:
\_\_\_\_ 11 U.S.C. 522(b)(1):  Exemptions provided in 11 U.S.C. 522(d).  (Not available in all states.)
\_X\_\_ 11 U.S.C. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal or state law.

| Description of property | Specify law Providing each Exemption | Value of Exemption Claimed | Current Market Value of Property without deducting exemption |
|---|---|---|---|
| Cash on Hand | 735 ILCS Sec. 5/12-1001(b) | $25.00 | $25.00 |
| TV, personal computer, personal effects | 735 ILCS Sec. 5/12-1001(b) | $500.00 | $500.00 |
| Compact disc collection | 735 ILCS Sec. 5/12-1001(b) | $50.00 | $50.00 |
| Wearing apparel | 735 ILCS Sec. 5/12-1001(a) | $3,000.00 | $3,000.00 |
| Firearm Glock semi-automatic handgun | 735 ILCS Sec. 5/12-1001(d) | $400.00 | $400.00 |
| 401(k) retirement plan | 735 ILCS Sec. 5/12-1001(b) | $3,000.00 | $3,000.00 |

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Account No. 225730 Flatiron Credit PO Box 27802 Newark, NJ 07101-7802 | | 2006 automobile Property purchased 2006 Value:  $20,000.00 | $20,000.00 | |

                                TOTAL        $20,000.00

\_\_0\_\_ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

__  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__  Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__  Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__  Contributions to employee benefit plans.  11 U.S.C. Section 507(a)(4)
__  Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__  Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__  Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
_X_  Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__  Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority |
|---|---|---|---|---|---|
| Illinois Department of Revenue | | 2006 | | $228.00 | $228.00 |

                                    TOTAL           $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. 500000996271<br>HSBC Bank USA, NA<br>PO Box 2013<br>Buffalo, NY  14240 | | Revolving Credit line | | $1,244.00 |
| Acct No. 617-01244<br>Universal Lenders<br>5548 W. Fullerton Ave.<br>Chicago, IL  60639 | | Revolving Credit line | | $1,481.45 |
| Acct No. 1386144<br>Cash Call<br>PO Box 66007<br>Anaheim, CA  92816 | | Revolving Credit line | | $5,000.00 |
| Acct No.<br>The Loan Machine<br>1909 W. 87th<br>Chicago, IL  60620 | | Revolving Credit line | | $1,252.94 |
| Acct No. 0000681477<br>Nationwide Loans L.P.<br>3435 N. Cicero Avenue<br>Chicago, IL  60620 | | Revolving Credit line | | $1,400.00 |
| Acct No. G-6649652<br>ER Solutions, Inc. (WaMu)<br>PO Box 9004<br>Renton, WA  98057-9004 | | Revolving Credit line | | $377.81 |
| Acct No. 528038896<br>Medical Recovery Specialists, Inc.<br>2250 E. Devon Ave. #352<br>Des Plaines, IL  60018-5419 | | Medical Expenses | | $473.00 |
| Acct No. 79136<br>ACME Continental Credit Union<br>13601 S. Perry Ave<br>Riverdale, IL  60827 | | Revolving Credit line | | $4,000.00 |

| | | |
|---|---|---|
| Acct No.  3830790<br>HCN Processing<br>3435 N. Cicero Avenue<br>Chicago, IL   60620 | Revolving Credit line | $1,329.14 |
| Acct No.<br>La Salle Bank<br>135 S. La Salle Street<br>Chicago, IL   60603 | Revolving Credit line | $400.00 |
| Acct No.  809547<br>AOL<br>3435 N. Cicero Avenue<br>Chicago, IL   60620 | Internet Service | $118.79 |
| Acct No.  528038896<br>Christ Hospital<br>4600 W. 95th St.<br>Oak Lawn, IL   60401 | Medical Expenses | $473.00 |

                                                          TOTAL    $8,784.00

__0__ continuation sheets attached                      (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

__X___  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| Sherlena Ammons<br>8411 S. Racine<br>Chicago, Illinois  60620 | Residential Lease |

**In re: BILLIE JEAN AMMONS, Debtors**     **Case No. 07-**

## SCHEDULE H – CO-DEBTORS

\_\_\_X\_\_\_ Check this box if debtor has no co-debtors to report on this Schedule H.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
| --- | --- |
| | |

**In re:  BILLIE JEAN AMMONS,   Debtors          Case No. 07-**

## SCHEDULE I – STATEMENT OF CURRENT MONTHLY INCOME OF INDIVIDUAL DEBTOR

| **Debtor's Marital Status** | **Dependents of Debtor and Spouse** | | |
|---|---|---|---|
| | **Name** | **Age** | **Relationship** |
| Single | Seneca Ammons | 12 | Son |

| **Employment** | **Debtor** | **Spouse** |
|---|---|---|
| **Occupation** | Deputy Sheriff | |
| **Name of Employer** | Cook County Sheriff | |
| **Period Employed** | 5 years | |
| **Address of Employer** | 555 W. Harrison | |
| | Chicago, IL  60607 | |

| **Income** | **Debtor** | **Spouse** |
|---|---|---|
| **Monthly Gross Wages** | $3,800.00 | |
| **Estimated Overtime** | $0.00 | |
| **Subtotal Gross Wages** | $3,800.00 | |

| **Less Payroll Deductions** | **Debtor** | **Spouse** |
|---|---|---|
| a.  Payroll Taxes / SS | $300.00 | |
| b.  Insurance | $100.00 | |
| c.  Union Dues | $35.00 | |
| d.  Other (specify – insurance, pension) | $220.00 | |
| **Subtotal Payroll Deductions** | $655.00 | |

TOTAL NET MONTHLY EARNINGS          $3,145.00

Regular Income  --  operation of business,
Profession or farm (attach detailed statement)      _____
Income from Real Property                           _____
Interest and Dividends                              _____
Alimony, maintenance and support paid to
Debtor or dependent                                 _____
Social Security or governmental assistance          _____
Pension or retirement income                        _____
Other income (specify)                              _____

TOTAL MONTHLY INCOME           $3,145.00

**TOTAL COMBINED MONTHLY INCOME of Debtor and Spouse     $3,145.00**

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**SCHEDULE J --  CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS**

___    Check if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent of Home Mortgage payment (include lot rented for mobile home) | $500.00 |
| Are real estate taxes included?  ___yes  ___ no   Property Insurance? __ yes ___ no | |
| Utilities:   Electricity and heating fuel | $60.00 |
|     Water and Sewer | $0.00 |
|     Telephone | $163.00 |
|     Other | |
| Home maintenance (repairs and upkeep) | $100.00 |
| Personal Hygiene | $75.00 |
| Food | $450.00 |
| Clothing | $250.00 |
| Laundry and Dry Cleaning | $120.00 |
| Medical and Dental Expenses | $20.00 |
| Transportation (not including car payments) | $372.00 |
| Recreation, clubs, entertainment, newspapers, magazines | $350.00 |
| Charitable contributions | $0.00 |
| Child Care Expenses | $150.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowners' or renter's | |
|     Life | |
|     Health | |
|     Auto | $124.19 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Installment payments (in Chapter 12 and 13 cases, do not list payments to | |
| Be included in the plan) | |
|     Auto | |
|     Other  -- Student Loan | $300.00 |
| Alimony, maintenance and support paid to others | |
| Payments for support of additional dependents | |
| Regular expenses from operation of business | |
| Other | |
| TOTAL MONTHLY EXPENSES (Report also in Summary of Schedules) | $3,034.19 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
- A.     Total projected monthly income     $3,145.00
- B.     Total projected monthly expenses     $3,034.19
- C.     Excess Income (A minus B)     $110.81
- D.     Total amount to be paid into plan each   month = $200.00
        (interval)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No. 07-**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eleven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:          November 30, 2007


              Signature (electronic):_____/S/_____
                                  **BILLIE JEAN AMMONS**

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**In re:  BILLIE JEAN AMMONS,          Debtor.          Case No. 07-**

**STATEMENT OF FINANCIAL AFFAIRS**

___   None   1. **Income from Employment or Operation of Business**
State the gross amount of income debtor received         2007 - $42,000.00   Cook County Sheriff
From employment, trade or profession or operation        2006 - $42,000.00   Cook County Sheriff
Of debtor's business from beginning of calendar          2005 - $39,000.00   Cook County Sheriff
Year to date of filing.  State also gross amounts
Received for two years immediately preceding this
Calendar year.
GIVE amount and sources.

__X_   None   2.**Income Other than from Employment or Operation of Business**
State the gross amount of income debtor received
Other than from employment, trade or profession
or operation of debtor's business for two years
immediately preceding filing of this case.
GIVE amount and sources.

3.     **Payments to Creditors**
__  None   a.  List all payments on loans, installment         Cash Call ($762.00)
Purchases of goods and services, and other debts,         Flatiron ($600.00)
aggregating more than $600.00 to any one creditor, made
within 90 days immediately preceding filing of case.
GIVE name and address of creditor, amounts and
Dates of payment, amounts still owing.
__X_   None   b.  List all payments , made within
ONE YEAR immediately preceding filing of case to
Or for the benefit of insiders.
GIVE name and address of creditor, relationship to debtor,
amounts and dates of payments, amounts still owing.

4.     **Suits and administrative proceedings, Executions, garnishments and attachments.**
_X__   None   a.  List all Suits and administrative
proceedings to which debtor is or was a party within
ONE YEAR immediately preceding filing of this
Bankruptcy case.
GIVE caption of suit and case number, nature of
Proceeding, court or agency and location, and
Status or disposition.
__X_   None   b.  List all property that has been
Attached, garnished, levied or seized under any legal
Or equitable process within ONE YEAR immediately
preceding filing of this Bankruptcy case.
GIVE name and address of creditor for whose
Benefit property was seized, dates of seizure, and
Description and value of property.

_X__ None.  5.  **Repossessions, foreclosures, and returns.**
List all property that has been repossessed by a
Creditor, sold at a foreclosure sale, transferred through
a deed in lieu of foreclosure or returned to the seller,
within ONE YEAR immediately preceding filing of
this Bankruptcy case.  (Married debtors filing under
Chapters 12 or 13 must include information concerning
Property of either or both spouses whether or not a joint
Petition is filed, unless the spouses are separated and a
Joint Petition is not filed).
GIVE name and address of creditor or seller, date of
Repossessions, foreclosure sale, transfer or return, and
Description and value of property.

6.       **Assignments and receiverships.**
_X__ None.  A.   Describe any assignment of property for
The benefit of creditors made within 120 days immediately
preceding filing of this Bankruptcy case.  (Married debtors
filing under  Chapters 12 or 13 must include any assignment
by either or both spouses whether or not a joint Petition is
filed, unless the spouses are separated and a Joint Petition
is not filed).
GIVE name and address of assignee, date of assignment and
Terms of assignment or settlement.
__X_ None.  B.   List all property which has been in the hands
of a Receiver, custodian, or court-appointed official within
ONE YEAR immediately preceding filing of this Bankruptcy
case.  (Married debtors filing under  Chapters 12 or 13 must
include information concerning property of either or both
spouses whether or not a joint Petition is filed, unless the
spouses are separated and a Joint Petition is not filed).
GIVE name and address of custodian, name and location
Of court or agency, caption of suit and case number, date
of order and description and value of property.

__X_  None   7.  **Gifts.**
List all gifts or charitable contributions made within ONE
YEAR immediately preceding filing of this Bankruptcy
Case, excepting usual and customary gifts to family
members aggregating less than $200.00 in value per
individual family member and charitable contributions
aggregating less than $100.00 per recipient.. (Married
debtors filing under Chapters 12 or 13 must include
information concerning gifts and contributions by either
or both spouses whether or not a joint Petition is filed,
unless the spouses are separated and a Joint Petition is not filed).
GIVE name and address of person or organization, relationship
To debtor, if any, date of gift and Description and value of gift.

__X_  None   8.  **Losses.**
List all losses from fire, theft, other casualty or gambling
within ONE YEAR immediately preceding filing of
this Bankruptcy case, or since said filing.  (Married debtors
filing under Chapters 12 or 13 must include information concerning
losses of either or both spouses whether or not a joint
Petition is filed, unless the spouses are separated and a

Joint Petition is not filed).
GIVE particulars and date of loss, description and value of
Property, description of circumstances of loss and of.whether
Loss was covered in whole or in part by insurance.

___ None   9. **Payments related to Debt counseling and bankruptcy.**
List all payments made or property that has been transferred by or     Michael J. Greco,
On behalf of debtor to any persons, including attorneys, for            Attorney at Law
consultation concerning debt consolidation, relief under the            70 W. Hubbard St.
bankruptcy law, or preparation of a petition in bankruptcy              Chicago, Ill.  60610
within ONE YEAR immediately preceding filing of                         10/01/2007 $275.00
this Bankruptcy case.
GIVE name and address of payee, date of payment, name of payor,
If other than debtor and amount or Description and value of property.

__X_ None   10. **Other transfers.**
List all other property, other than property transferred in the ordinary
Course of business or financial affairs of the Debtor, transferred
Either absolutely or as security within ONE YEAR immediately
preceding filing of this Bankruptcy case.  (Married debtors filing
under Chapters 12 or 13 must include information concerning
transfers of either or both spouses whether or not a joint Petition is
filed, unless the spouses are separated and a Joint Petition is not filed).
GIVE name and address of transferee, date of transfer or return,
Relationship of transferee to debtor, if any, description and value
of property transferred and of value received.

___ None   11.   **Closed Financial Accounts.**
List all financial accounts and instruments held in the name of          La Salle Bank, 135 S. La Salle,
the Debtor or for the benefit of the Debtor, which were closed,          Chicago, Ill.  60603 checking
sold or otherwise transferred within ONE YEAR immediately                account  $381.00 March, 2007
preceding filing of this Bankruptcy case.  Include checking ,
savings, or other financial accounts, certificates of deposit,           Washington Mutual
share accounts held in banks, credit unions, pension funds,              checking account $300.00
and other financial institutions.  (Married debtors filing under         June, 2007
Chapters 12 or 13 must include information concerning accounts
of either or both spouses whether or not a joint Petition is filed,
unless the spouses are separated and a Joint Petition is not filed).
GIVE name and address of institution, number and type of
Account, amount of final balance and date of transfer, sale or closing.

__X_ None   12. **Safe Deposit Boxes.**
List all safe deposit boxes or other boxes or depositories in which
Debtor has or had securities, cash or other valuables within  ONE
YEAR immediately preceding filing of this Bankruptcy case.
(Married debtors filing under Chapters 12 or 13 must include
information concerning boxes or depositories of either or both
spouses whether or not a joint Petition is filed, unless the spouses
are separated and a Joint Petition is not filed).
GIVE name and address of bank or other depository, names and
addresses of those with access to box or depository,  description
and value of contents and date of transfer or surrender, if any.

__X_ None   13. **Setoffs.**
List all setoffs made by any creditor, including a bank, against a
Debt or deposit of the debtor within ninety days immediately
preceding filing of this Bankruptcy case. (Married debtors filing
under Chapters 12 or 13 must include information concerning
either or both spouses whether or not a joint Petition is filed,
unless the spouses are separated and a Joint Petition is not filed).
GIVE name and address of  creditor, date of setoff, and amount
of setoff.

__X_ None   14. **Property held for Another Person.**
List all property owned by another person that the Debtor holds
Or controls.
GIVE name and address of owner, Relationship to debtor, if any,
description and value of property and location of property.

___ None   15.  **Prior Address of Debtor.**
If Debtor has moved residences within the TWO YEARS immediately
preceding filing of this Bankruptcy case, list all premises which the
Debtor occupied during that time period.
GIVE address, name used and dates of occupancy.

__X_ None   16. **Spouses and Former Spouses.**
If Debtor resides or resided in a community property state,
Commonwealth or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
Washington, or Wisconsin) residences within the SIX YEARS
immediately preceding filing of this Bankruptcy case, identify the
name of Debtor's spouse and of any former spouses who resides or
resided with the Debtor in the community property state.
NAME:

17.       **Environmental information.**
For the purpose of this question, the following definitions apply:
"Environmental law" means any federal, state, or local statute or
Regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land,
soil, surface water, groundwater or other medium including statutes
or regulations regulating the cleanup of these substances, wastes or
material.
"Site" means any location, facility, or property as defined under any
Environmental law, whether or not presently or formerly owned or
Operated by the debtor, including disposal sites.
"Hazardous material" means anything defined as a hazardous waste,
Hazardous substance, toxic substance, hazardous material, pollutant
Or contaminant or similar term under an Environmental Law.
 _X__ None  a.   List the name and address of every site for which the
Debtor has received notice in writing by a governmental unit that it
may be liable or potentially liable under a violation of an
Environmental Law.  Indicate the governmental unit, date of notice and,
If known the Environmental Law.
 _X__ None  b.  List the name and address of every site for which the Debtor
Provided notice to a  governmental unit of a release of hazardous material.
Indicate the governmental unit to which the notice was sent and the date of notice.
 __X_ None  c.  List all judicial and administrative proceedings, including
settlements or orders, under any Environmental Law with respect to which the

Debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, the docket number and the status or disposition of the proceeding.

18. **Nature, location and name of business.**
_X__ None   a.  If the Debtor is an individual, list the names, addresses, taxpayer identifying numbers, nature of the businesses and beginning and ending dates of all businesses in which Debtor was a director, officer, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the SIX YEARS immediately preceding filing of this Bankruptcy case, or in which Debtor owned five percent (5%) or more of the voting or equity securities within the SIX YEARS immediately preceding filing of this Bankruptcy case.
If the Debtor is a partnership, list the names, addresses, taxpayer identifying numbers, nature of the businesses and beginning and ending dates of all businesses in which Debtor was a partner or owned five percent (5%) or more of the voting or equity securities within the SIX YEARS immediately preceding filing of this Bankruptcy case.
If the Debtor is a corporation, list the names, addresses, taxpayer identifying numbers, nature of the businesses and beginning and ending dates of all businesses in which Debtor was a partner or owned five percent (5%) or more of the voting or equity securities within the SIX YEARS immediately preceding filing of this Bankruptcy case.
___ None   b.    Identify any business listed in response to subdivision a. above, that is "single asset real estate" as defined in 11 U.S.C. Section 101. Give Name and address.

The following questions are to be completed by every Debtor that is a partnership or corporation and by any individual debtor who is or has been, within the SIX YEARS immediately preceding filing of this Bankruptcy case, any of the following:  director, officer, or managing executive of a corporation, or owner of more than five percent (5%) of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(*An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page*.)

**DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Dated:   November 30, 2007

                Signature (electronic):_____/S/_____
                                  **BILLIE JEAN AMMONS**