```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22600
   BILLIE JEAN AMMONS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5888


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/01/2007 and was not confirmed.

    The case was dismissed without confirmation 03/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
HSBC BANK USA NA           UNSECURED       NOT FILED          .00         .00
UNIVERSAL LENDERS INC      UNSECURED         2120.04          .00         .00
CASH CALL                  UNSECURED       NOT FILED          .00         .00
LOAN MACHINE               UNSECURED       NOT FILED          .00         .00
NATIONWIDE LOAN            UNSECURED         1004.81          .00         .00
ER SOLUTIONS INC           UNSECURED          377.81          .00         .00
MEDICAL RECOVERY SPECIAL   UNSECURED       NOT FILED          .00         .00
ACME CONTINENTAL C U       UNSECURED       NOT FILED          .00         .00
HCN PROCESSING             UNSECURED       NOT FILED          .00         .00
LASALLE BANK               UNSECURED       NOT FILED          .00         .00
AOL                        UNSECURED       NOT FILED          .00         .00
CHRIST HOSPITAL            UNSECURED       NOT FILED          .00         .00
FLATIRON CREDIT            SECURED NOT I   NOT FILED          .00         .00
US DEPT OF EDUCATION       UNSECURED             .00          .00         .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED          .00         .00
MICHAEL J GRECO            DEBTOR ATTY           .00                      .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                      400.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    400.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                400.00
                        --------------    --------------
TOTALS                     400.00              400.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22600 BILLIE JEAN AMMONS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 06/25/08                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE